

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2021

No. 04-21-00340-CR

**EX PARTE DAVID RAMIREZ-HERNANDEZ**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-1135-CV-C
Honorable William D. Old III, Judge Presiding

# O R D E R

The record in this habeas corpus appeal was complete August 30, 2021. We **order** appellant's brief due September 20, 2021. *See* TEX. R. APP. P. 31.1; 4th Tex. App. (San Antonio) Loc. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed. *Id.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court